**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAIRO FABRICIO-VALDEZ,<br><br>Petitioner,<br><br>v.<br><br>CRAIG A. LOWE, *et al.*,<br><br>Respondents. | No. 4:26-CV-01430<br><br>(Chief Judge Brann) |

**ORDER**

**OCTOBER 2, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Jairo Fabricio-Valdez's motion to enforce the judgment (Doc. 11) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge